CV 96 · 1465

MAR 2 8 1996

## INSTRUCTIONS FOR FILING A COMPLAINT BY A PRISONER
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SEC. 1983

To start an action, you must file an original and one copy of your complaint for each defendant you name and one copy for the court. For example, if you name two defendants, you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

JOHNSON, J.

The Clerk will not file your complaint unless it conforms to these instructions and to these forms.

Your complaint must be legibly handwritten or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use additional 8 1/2 x 11 (standard letter size) paper.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, you must file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

You are required to furnish, so that the United States Marshal can complete service, the correct name and address of each person you have named as defendant.

In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition for the court to proceed in forma pauperis. A blank petition for this purpose is included in this packet. The original should be filed with your complaint and a copy should be kept by you.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail a signed original and the copies to the Clerk of United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201; or, in Long Island at 2 Uniondale Avenue, Uniondale, NY 11553.

Kindly list all defendants to this lawsuit and the address at which each may be served.  If you do not provide an address for a defendant, that defendant will <u>not</u> be served.

**Defendant No. 1**

New York City Dept. of Correction
60 Hudson Street
New York, N.Y. 10013

**Defendant No. 2**

New York City Police Dept.
1 Police Plaza
New York, N.Y. 10007

**Defendant No. 3**

City of New York
100 Church Street
New York, N.Y. 10013

**Defendant No. 4**

Correctional Officer Hodge #11923 (C-95)
Correctional Officer Steward (Kings County Hospital)
Correctional Officer Nelson (Kings County Hospital)
Correctional Officers John Doe #1
John Doe #2    John Doe #6
John Doe #3    John Doe #7
John Doe #4    John Doe #8

**Defendant No. 5**

John Doe #5    John Doe #9
New York City Police Officer Detective Sanchez
77 Pct.
Medical Examiner John Doe

Please attach additional 8 1/2 x 11 paper if necessary.

**FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MR. Tony Harrison # 141-95-20435
Full name of plaintiff/prisoner ID#

                    Plaintiff,                  TRIAL BY JURY DEMAND
                                                YES ✕   NO ____

        -against-

New York City Dept. of Correction and it
servants, employees, NewYork City Police
Dept. and it's servants, employees. City of New York
Enter full names of all defendants

                    Defendants.
-------------------------------------------------------x

I.     Previous Lawsuits:

       A.    Have you begun other lawsuits in state or federal court
             dealing with the same facts involved in this action or
             otherwise relating to your imprisonment? Yes ( ) No ( )

       B.    If your answer to A is yes, describe the lawsuit in the
             space below (If there is more than one lawsuit, describe the
             additional lawsuits on another piece of paper, using the
             same outline.)

             1.  Parties to this previous lawsuit:

                 Plaintiffs: _____

                 Defendants: _____
                             N/A
                             _____

             2.  Court (if federal court, name the district;
                     if state court, name the county)

                 _____

             3.  Docket Number: _____ N/A _____

             4.  Name of Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit: _N/A_

7. Approximate date of disposition: _____

II. Place of Present Confinement: _Rikers Island Ann M. Kross Fac. (C-95)_

   A. Is there a prisoner grievance procedure in this institution? Yes ( ) No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (X) No ( )

   C. If you answer is YES;

      1. What steps did you take? _I gave a statement To Ms. Reid From The Board of Corrections_

      2. What was the result? _Ms. Reid went To Clinic set up Appointment To Have X-Rays Done; To Find Peice of Needle stuck in my Right Arm._

   D. If you answer is NO, explain why not _N/A_

   E. If there is no prison grievance procedure in the institution, did you complaint to prison authorities? Yes ( ) No ( )

   F. If you answer is YES,

      1. What steps did you take? _____

      2. What was the result? _N/A_

III. Parties

   (In item A below, place your name in the first blank and place our present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff _MC. Tony Harrison_

      Address _Ann M. Kross (C-95) 18-18 Hazen Street_
      _East Elmhurst, N.Y. 11370_

(In item B below, place the full name of the defendants in the first bland, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant <u>CORRECTIONAL OFFICERS</u> is employed as <u>CORRECTIONAL</u>
<u>OFFICERS</u> at <u>Kings County Hospital AND ANN M. KROSS FACILITY (C-95)</u>

C. Additional Defendants <u>Detective SANCHEZ is Employed AS A DetecTive</u>
<u>FOR New York City Police DepartmenT, (77 Pct.) in Brooklyn</u>
<u>MEDICAL EXAMINER JOHN Doe is employed AS A MEDICAL EXAMINER</u>
<u>FOR THE City OF New York Police DepartmenT.</u>

## IV. Statement of Claim

(State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also, the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach additional 8 1/2 x 11 sheets, if necessary.)

ON FeBRuary 15, 1995 at 5:00 o'clock IN THE morNing. I WAS ToID By OFFICERS OF
UNIT QUAD 1 UPPER; THAt I HAD CourT oN THIs morNiNg. I wenT DowN To THE ReceiviNg Room
AND ExplaiNED To OFFICERS THAt I DiD NOT HAVE CourT TODAY. THEN I WAS TIND By OFFICERS,
"THERE WAS A CourT ORDER To PRoDuce THE BoDy To Kings CouNty Hospital". I WAS escorTED By
CorRectioNAL OFFICeR HoDge #11923. WHEN I got To Kings CouNty Hospital OFFICERS at PRisoN WARD OF
Kings CouNty Hospital & SaiD THERE WAS A COURT ORDER TO PRODUCE BoDy FOR BlooD. I ExplaiNED To
OFFICERS THAt I'm A MuslIm AND THAt I WAS FASTiNg For THE moNTH OF RAmADAN; AND
I'm NOT REGUIZED To give BlooD DuriNg my FAST. I Also RequesTED THE PreseNce OF THE
CorRectioNAL IMAN. I Also AskED OFFICERS CAN I HAVE my LAWyer PreseNt Because
I DiD NOT KNow WHAt WAS goiNg oN. THE CorRectioNAL OFFICERS SAiD "NO ! WE HAVE A
CourT ORDER FRom To ANN FEEDiNAND To TAKE BlooD. I ExplaiNED To THE OFFICERS AgaiN
"THAt it WAS AgaiNst my ReligioN AND I AskED THEm To coNTActmy LAWyer. I WAS
ToID By "ReAlly TRickED" By corRectioNAL OFFICER HoDge #11923", THAt I WAS goiNg Back To
FAcility. So CorRectioNAL OFFICERS HoDge AND STewARED PuT oN HANDcuFFs AND SHAckles oN me, like we
WAS READy To go Back. WHEN THESe OFFICERS FiNisHED SecuriNg THE HANDcuFFs AND SHAckIES, I.
WAS PUSH iN ANOTHER Room wiTH ABouT NiNE OTHER OFFICERS; THE CorRectioNAL OFFICERS
CommeNcED iNTo gRABBiNg my Neck AND ARms, Pull up THE sleeves OF my RigHT ARm AND
Allowed ARRestiNg OFFICER DetecTive SANCHEZ AND A MAN iN PlaiN ClotHes wHo HAD A
NeeDle STick me iN RigHT ARm AS mANy AS HE WANTED. THE mAN iN PlaiN ClotHes coulD
NOT CATCH A VeiN; So I WAS STuck At leAST NiNE Times; iN- wHicH THE NeeDle
PoPPED AND BRoke iN my RigHT ARm. THis iNciDesT HAppeN At Kings CouNTy HospitAL
PRisoN WARD At 1:00 o'clock IN THE AfterNoon.

CoNTiNue... SEE ATTACHED SHEET...

I also saw Correctional officer Nelson, the others I could not get their badge numbers or names. I know all their faces and it was two captains involved as well. This all began when Assistant District Attorney (Nanci Slater) started fishing for expedition for uncharged crime with out probable cause and no proof or legal sufficent evidence of crime that I'm arrested for.

## V. Relief

**(State briefly exactly what you want the court to do**
**for you.  Make no legal arguments.  Cite no cases or**
**statutes.)**

EVEN THE SO-CALLED MEANEST AMONG OFFENDERS IS ENTITLED TO DUE
PROCESS. IF AUTHORITY SHORT CIRCUIT CONSTITUTIONAL RIGHTS FOR A
PERSON THEY CONSIDER TO BE THE DREGS OF SOCIETY, WHAT WILL
REMAIN OF THESE RIGHTS FOR THE REST OF SOCIETY. I WOULD LIKE
A PROBE INVESTIGATION FROM THE FEDERAL GOVERNMENT ON THIS
MATTER, AND A PROBE INVESTIGATION ON BROOKLYN SUPREME COURT DISTRICT
ATTORNEY NANCI SLATER, ON DETECTIVE SANCHEZ FROM 77 PCT IN BROOKLYN
AND THE PRISON WARD Dept. OF CORRECTIONAL OFFICERS AT KINGS
COUNTY HOSPITAL IN BROOKLYN. I WAS ALSO LIKE TO FIND OUT IF THAT WAS A
CLEAN NEEDLE THAT THE SO-CALLED MEDICAL EXAMINER USED. I ALSO WOULD
LIKE TO BE COMPENSATED FOR INTENTIONAL, NEGLIGENT INFLICTION OF BODY
INTRUSION. THE WHOLE MATTER NEEDS TO BE INVESTIGATED FROM BEGIN.

Signed this _____ day of ___*MARCH*___ , 19 _96_. I declare
under penalty of perjury that the foregoing is true and correct.

*Tony Harrison*
**Signature of Plaintiff**

*6/14/69*
**Plaintiff's Date of Birth**

[redacted]

**Social Security Number**