```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TONY HARRISON,

                        Plaintiff,                                      ORDER
                                                                 96 CV 1465 (PKC)(LB)
        -against-

CORRECTIONAL OFFICER HODGE, *Shield #
11923*; CORRECTIONAL OFFICER STEWARD;
DETECTIVE SANCHEZ, *71st Pct.*; DETECTIVE
SGT. KENNEDY, and DETECTIVE MULLHALL,[1]

                        Defendants.
----------------------------------------------------------------X
```
**BLOOM, United States Magistrate Judge:**

In light of *pro se* plaintiff's second amended complaint, ECF No. 46, the Honorable Pamela Chen directed the Clerk of Court to issue an amended summons against defendants Sanchez, Kennedy, Mulhall, Hodge, and Steward, and directed the United States Marshals Service to issue the summons for the amended complaint upon the defendants. Order dated July 9, 2024.

The Office of the Corporation Counsel ("Corporation Counsel") states that the ECF docket is in error as the individually named defendants, Kennedy, Mullhall, and Sanchez, were not served on August 2, 2024; the United States Marshal's Process Receipt and Return forms reflect that the United States Marshal was unable to serve these defendants. ECF No. 53. Further, the summons for defendant Hodge and Steward were returned unexecuted, as the defendants are "no longer employed at AMKC" and there are multiple Correctional Officers by the names Steward and Hodge on the record. ECF No. 51.

---

[1] Defendants NYC Dept. of Corrections, New York City Police Department, City of New York, Correctional Officer Nelson, John Does 1–9, Warden John Doe, New York State Unified Court System, New York City Police Department Brooklyn 71st Precinct, District Attorney Charles Hynes, A.D.A. Nanci Slater, Robert C. Newman, Gregory C. Clarke, Sonia Rodriguez, Shirley Carel, and Sonya Allin were terminated from the docket on June 27, 2024, per plaintiff's Second Amended Complaint. ECF No. 46. Defendants Judge Anne Feldman and Judge JoAnn Ferdinand were terminated on April 23, 1997. ECF No. 17.

Pursuant to <u>Valentin v. Dinkins</u>, 121 F.3d 72 (2d Cir. 1997) (*per curiam*), the Corporation Counsel is hereby directed to provide current service addresses for all the named officer defendants by October 9, 2024. The Office need not undertake to defend or indemnify these individuals at this juncture. This Order merely provides a means by which the individual may be identified and properly served.

SO ORDERED.

/S/

LOIS BLOOM
United States Magistrate Judge

Dated: September 25, 2024
      Brooklyn, New York