UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TONY HARRISON,

                 Plaintiff,

  -against-

CORRECTIONAL OFFICER HODGE, *Shield # 11923*; CORRECTIONAL OFFICER STEWARD; DETECTIVE SANCHEZ, *71st Pct.*; DETECTIVE SGT. KENNEDY, and DETECTIVE MULLHALL,[1]

                 Defendants.
-----------------------------------------------------------------X

**ORDER**
**96 CV 1465 (PKC)(LB)**

**BLOOM, United States Magistrate Judge:**

The Corporation Counsel of the City of New York ("Corporation Counsel") requests an extension of time to respond to the Court's September 25, 2024 Valentin Order. ECF No. 54. Corporation Counsel states that it was unable to schedule a legal call with plaintiff that would have allowed a timely application to this Court, therefore Corporation Counsel was unable to obtain his consent prior to making this request. As this is the first request, the request is granted. Corporation Counsel shall respond to the Court's Valentin Order by November 12, 2024.

SO ORDERED.

                                                                 /S/

                                                    LOIS BLOOM
                                                    United States Magistrate Judge

Dated: October 10, 2024
       Brooklyn, New York

---

[1] Defendants NYC Dept. of Corrections, New York City Police Department, City of New York, Correctional Officer Nelson, John Does 1–9, Warden John Doe, New York State Unified Court System, New York City Police Department Brooklyn 71st Precinct, District Attorney Charles Hynes, A.D.A. Nanci Slater, Robert C. Newman, Gregory C. Clarke, Sonia Rodriguez, Shirley Carel, and Sonya Allin were terminated from the docket on June 27, 2024, per plaintiff's Second Amended Complaint. ECF No. 46. Defendants Judge Anne Feldman and Judge JoAnn Ferdinand were terminated on April 23, 1997. ECF No. 17.