UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TONY HARRISON,

                  Plaintiff,

  -against-

CORRECTIONAL OFFICER HODGE, *Shield # 11923*; CORRECTIONAL OFFICER STEWARD; DETECTIVE SANCHEZ, *71st Pct.*; DETECTIVE SGT. KENNEDY, and DETECTIVE MULLHALL,[1]

                  Defendants.
-----------------------------------------------------------------X

**ORDER**
96 CV 1465 (PKC)(LB)

**BLOOM, United States Magistrate Judge:**

The Corporation Counsel of the City of New York ("Corporation Counsel") requests a second extension of time to respond to the Court's September 25, 2024 Valentin Order. ECF No. 57. Corporation Counsel states that they were unable to schedule a legal call with plaintiff that would have allowed a timely application to this Court and therefore do not have plaintiff's consent. Id.

Corporation Counsel notes that they have ascertained the last known addresses for four out of the five defendants named in plaintiff's second amended complaint, only defendant Correctional Officer Steward's address is outstanding. Id. Corporation Counsel states that their office has reviewed "hundreds of pages of trial transcripts . . . to identify a first name or some other helpful information" for Officer Steward so that they may ascertain a service address and provide it to the Court. The office has, without success, attempted to arrange legal calls with Sing Sing Correctional Facility in order to speak with plaintiff. Id.

---

[1] Defendants NYC Dept. of Corrections, New York City Police Department, City of New York, Correctional Officer Nelson, John Does 1–9, Warden John Doe, New York State Unified Court System, New York City Police Department Brooklyn 71st Precinct, District Attorney Charles Hynes, A.D.A. Nanci Slater, Robert C. Newman, Gregory C. Clarke, Sonia Rodriguez, Shirley Carel, and Sonya Allin were terminated from the docket on June 27, 2024, per plaintiff's Second Amended Complaint. ECF No. 46. Defendants Judge Anne Feldman and Judge JoAnn Ferdinand were terminated on April 23, 1997. ECF No. 17.

The Court shall hold a telephone conference on December 12, 2024 at 10:00 a.m. The parties shall call the Chambers telephone conference line at 571-353-2301 and use the Meeting ID 487699719 promptly at 10:00 a.m. on December 12, 2024. The Superintendent at Sing Sing Correctional Facility shall make plaintiff, Tony Harrison, #97-A-1299, available for the December 12, 2024 telephone conference. Corporation Counsel shall serve a copy of this Order on the Superintendent's office and on Mr. Harrison through his counselor at Sing Sing Correctional Facility and shall file proof of service on the docket forthwith.

SO ORDERED.

/S/

LOIS BLOOM
United States Magistrate Judge

Dated: November 13, 2024
Brooklyn, New York