UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TONY HARRISON,

                    Plaintiff,

   -against-

CORRECTIONAL OFFICER HODGE, *Shield # 11923*; CORRECTIONAL OFFICER STEWARD; DETECTIVE SANCHEZ, *71st Pct*.; DETECTIVE SGT. KENNEDY, and DETECTIVE MULLHALL,

                    Defendants.
-----------------------------------------------------------------X

**ORDER**
**96 CV 1465 (PKC)(LB)**

**BLOOM, United States Magistrate Judge:**

On November 8, 2024, the Corporation Counsel of the City of New York ("Corporation Counsel") requested a second extension of time to file a response to the Court's Valentin Order. ECF No. 57. In response, the Court scheduled a telephone conference for December 12, 2024 to discuss the request. Order dated November 13, 2024. On December 6, 2024, Corporation Counsel requested an adjournment due to Sing Sing Correctional Facility's inability to produce plaintiff at the scheduled conference time. ECF No. 60. The Court adjourned the telephone conference to December 18, 2024 at 2:00 p.m. See Order dated December 11, 2024.

Corporation Counsel now requests a second adjournment, as Sing Sing Correctional Facility is unable to produce plaintiff at the scheduled time that the Facility previously offered. ECF No. 63; see also ECF No. 60. While the Court grants Corporation Counsel's request and adjourns the scheduled conference, this is a Court Order. Harrison shall be produced for a Court telephone conference on December 30, 2024 at 1:00 p.m. The parties shall call the Chambers telephone conference line at 571-353-2301 and use the Meeting ID 487699719 promptly at 1:00 p.m. on December 30, 2024. The Superintendent at Sing Sing Correctional Facility shall make plaintiff, Tony Harrison, #97-A-1299, available for the December 30, 2024 telephone conference. Corporation

Counsel shall serve a copy of this Order on the Superintendent's office and on Mr. Harrison through his counselor at Sing Sing Correctional Facility and file proof of service on the docket.

SO ORDERED.

/S/

LOIS BLOOM
United States Magistrate Judge

Dated: December 12, 2024
Brooklyn, New York