UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TONY HARRISON,

                  Plaintiff,

  -against-

CORRECTIONAL OFFICER HODGE, *Shield # 11923*; CORRECTIONAL OFFICER STEWARD; DETECTIVE SANCHEZ, *71st Pct.*; DETECTIVE SGT. KENNEDY, and DETECTIVE MULLHALL,

                  Defendants.
----------------------------------------------------------------X

**ORDER**
**96 CV 1465 (PKC)(LB)**

**BLOOM, United States Magistrate Judge:**

    The Court held an initial conference in plaintiff's civil rights action on January 15, 2025. *Pro se* plaintiff appeared; Joseph Zangrilli appeared as an interested party from the Office of Corporation Counsel of the City of New York and Jack McLaughlin appeared under the supervision of Joseph Zangrilli.

    For the reasons stated on the record, plaintiff's request for a default judgment is denied. ECF No. 66. Proper service on defendants has not been demonstrated. See Local Civil Rule 55.1(a)(2); see also Fed. R. Civ. P. 55.

    The Court set the following deadlines: Corporation Counsel shall file a status letter with the Court by January 31, 2025 responding to the Court's Valentin Order on behalf of Officer Steward and Corrections Officer Hodge. Defendants Detective Sgt. Kenendy, Detective Mullhall and Detective Sanchez shall respond to plaintiff's amended complaint by February 7, 2025.

    The Court shall hold a telephone conference on February 11, 2025 at 9:30 a.m. The parties shall call the Chambers telephone conference line at 571-353-2301 and use the Meeting ID 487699719 promptly at 9:30 a.m. on February 11, 2025. The Superintendent at Sing Sing

Correctional Facility shall make plaintiff, Tony Harrison, #97-A-1299, available for the February 11, 2025 telephone conference. Corporation Counsel shall serve a copy of this Order on the Superintendent's office and on Mr. Harrison through his counselor at Sing Sing Correctional Facility and shall file proof of service on the docket forthwith.

SO ORDERED.

/S/

LOIS BLOOM
United States Magistrate Judge

Dated: January 15, 2025
Brooklyn, New York