## DECLARATION OF SERVICE BY MAIL

I, Joseph Zangrilli, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on January 16, 2025, I served the annexed:

- JANUARY 15, 2025 COURT ORDER (ECF NO. 70) TO HOLD A TELEPHONE CONFERENCE ON FEBRUARY 11, 2025 AT 9:30 A.M.

upon the following individuals by mailing by first class mail the correspondence to the Sing Sing Correctional Facility Superintendent, Marilyn Kopp, in the Superintendent's Office and Plaintiff's counselor, Donna Davis, at the addresses set forth below:

Marilyn Kopp
Sing Sing Correctional Facility
Superintendent's Office
354 Hunter Street
Ossining, NY 10562

Donna Davis
Sing Sing Correctional Facility
Guidance Department
354 Hunter Street
Ossining, NY 10562

Dated:        New York, New York
              January 16, 2025

Respectfully submitted,

*Joseph Zangrilli* /s/
Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation Division