UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TONY HARRISON,

                Plaintiff,

   -against-

CORRECTIONAL OFFICER HODGE, *Shield # 11923*; CORRECTIONAL OFFICER STEWARD; DETECTIVE SANCHEZ, *71st Pct.*; DETECTIVE SGT. KENNEDY, and DETECTIVE MULLHALL,

                Defendants.
------------------------------------------------------------X

**ORDER**
96 CV 1465 (PKC)(LB)

**BLOOM, United States Magistrate Judge:**

      The Corporation Counsel of the City of New York ("Corporation Counsel") requests a third extension of time to respond to the Court's September 25, 2024 Valentin Order to identify defendant Steward. ECF No. 72.  Corporation Counsel states that they were unable ascertain plaintiff's position prior to the time of filing and therefore do not have plaintiff's consent. Id. This is the third request for an extension of the Court's Valentin Order without plaintiff's consent. ECF Nos. 55, 57, 72.

      In their letter to the Court, Corporation Counsel provides the last known address for Correction Officer Hodge. ECF No. 72.  The Clerk of Court is directed to issue amended summons regarding Defendant Hodge and the United States Marshals Service is directed to serve the amended summons and the Second Amended Complaint, ECF No. 46, upon Defendant Hodge.

      Defendant Steward is the outstanding defendant for the Court's Valentin Order. Corporation Counsel, in their efforts to identify defendant Steward, is now exploring whether there could have been a "Steward" or similarly named individual employed outside the Department of Correction at the Kings County Hospital Prison Ward on February 15, 1996.  ECF

No. 72. As this is an extremely old case, with records dating back to 1996, the request to extend the time is granted. Corporation Counsel shall respond to the Court's Valentin Order by March 3, 2025. Corporation Counsel shall inform the Court of progress in their efforts at the February 11, 2025 conference. Counsel shall contact plaintiff before making any further request for an extension of time.

SO ORDERED.

/S/

LOIS BLOOM
United States Magistrate Judge

Dated: January 30, 2025
       Brooklyn, New York