UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TONY HARRISON,

      Plaintiff,        **ORDER**
                 **96 CV 1465 (PKC)(LB)**
 -against-

CORRECTIONAL OFFICER HODGE, *Shield #
11923*; CORRECTIONAL OFFICER STEWARD;
DETECTIVE SANCHEZ, *71ˢᵗ Pct*.; DETECTIVE
SGT. KENNEDY, and DETECTIVE MULLHALL,

      Defendants.
----------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

   The Court held a status conference in plaintiff's civil rights action on February 11, 2025. *Pro se* plaintiff appeared; Jack McLoughlin and Joseph Zangrilli of the Office of Corporation Counsel of the City of New York ("Corporation Counsel") appeared on behalf of Detectives Sanchez and Kennedy.[1]

   The Court shall hold a telephone conference on March 20, 2025 at 10:00 a.m. The parties shall call the Chambers telephone conference line at 571-353-2301 and use the Meeting ID 487699719 promptly at 9:45 a.m. on March 20, 2025. The Superintendent at Sing Sing Correctional Facility shall make plaintiff, Tony Harrison, #97-A-1299, available for the March 20, 2025 telephone conference at 9:45 a.m. Corporation Counsel shall serve a copy of this Order on the Superintendent's office and on Mr. Harrison through his counselor at Sing Sing Correctional Facility and shall file proof of service on the docket forthwith.[2]

SO ORDERED.

                       /S/
                   LOIS BLOOM
                   United States Magistrate Judge

Dated: February 13, 2025
     Brooklyn, New York

---

[1] On January 15, 2025, at the Court's initial conference, Corporation Counsel reported securing a designation of service for defendant Mullhall who has not appeared. Corporation Counsel shall inform the Court regarding defendant Mullhall's representation in this matter by March 3, 2025. Further, Corporation Counsel shall respond to the Court's Valentin Order for defendant Steward by March 3, 2025. See Order dated January 30, 2025.

[2] The Court shall send another copy of the *pro se* manual to plaintiff. He stated he never received it.