```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TONY HARRISON,
                                                                    ORDER
                    Plaintiff,                              96 CV 1465 (PKC)(LB)
        -against-

CORRECTIONAL OFFICER HODGE, *Shield #
11923*; CORRECTIONAL OFFICER STEWARD;
DETECTIVE SANCHEZ, *71st Pct.*; DETECTIVE
SGT. KENNEDY, and DETECTIVE MULLHALL,

                    Defendants.
-------------------------------------------------------------X
```

**BLOOM, United States Magistrate Judge:**

The Court held a status conference in plaintiff's civil rights action on March 20, 2025. *Pro se* plaintiff appeared; Jack McLoughlin and Joseph Zangrilli of the Office of Corporation Counsel of the City of New York ("Corporation Counsel") appeared on behalf of Detectives Sanchez, Mullhall and Kennedy.

Corporation Counsel shall file a proposed order for DOCs to produce personnel files from archived records related to the Officer identified as "Steward" by March 21, 2025. Corporation Counsel shall file a status letter to the Court by April 18, 2025. The Court stays defendants' request for a pre-motion conference, ECF No. 75, until defendants Steward and Hodge are served with process.

The Court shall hold a telephone conference on April 29, 2025 at 10:00 a.m. The parties shall call the Chambers telephone conference line at 571-353-2301 and use the Meeting ID 487699719 promptly at 9:45 a.m. on April 29, 2025. The Superintendent at Sing Sing Correctional Facility shall make plaintiff, Tony Harrison, #97-A-1299, available for the April 29, 2025 telephone conference at 9:45 a.m. Corporation Counsel shall serve a copy of this Order on the Superintendent's office and on Mr. Harrison through his counselor at Sing Sing Correctional Facility and shall file proof of service on the docket forthwith.

SO ORDERED.

                                                            /S/
                                                    LOIS BLOOM
                                                    United States Magistrate Judge

Dated:  March 21, 2025
        Brooklyn, New York