UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TONY HARRISON,

                                        Plaintiff,

         -against-

CORRECTIONAL OFFICER HODGE, Shield # 11923;
CORRECTIONAL OFFICER STEWARD; DETECTIVE
SANCHEZ, 71st Pct.; DETECTIVE SGT. KENNEDY, and
DETECTIVE MULHALL,

                                        Defendants.

------------------------------------------------------------------------ x

**ORDER DIRECTING PRODUCTION OF DEPARTMENT OF CORRECTION PERSONNEL RECORDS**

96-CV-1465 (PKC)(LB)

       **WHEREAS**, efforts to identify and effectuate service upon the defendant referred to as "Correctional Officer Steward" in Plaintiff's Second Amended Complaint necessitate the production of certain Department of Correction personnel records;

       **IT IS HEREBY ORDERED** that the New York City Department of Correction ("DOC") shall produce to the Office of Corporation Counsel, on or before April 18, 2025, the following records:

       1. Any and all 22-R forms, personnel files, or other departmental records that would indicate whether any male Black correctional officers with the surname Steward, Stuart, or Stewart employed by the Department of Correction during the year 1996 had assignments to: (a) Anna M. Kross Center (C-95/AMKC), (b) Kings County Hospital, (c) Emergency Service Unit (ESU), or (d) Transportation Division, at any time during the year 1996.

       2. The specific individuals subject to this records search have been identified in a separate list previously provided to the Office of Corporation Counsel by DOC.

3. Pursuant to the historical nature of these records dating to 1996, DOC shall conduct a comprehensive search of all archived records, including but not limited to electronic databases, microfilm records, and paper archives maintained at DOC facilities or offsite storage locations.

**IT IS FURTHER ORDERED** that this Order shall be filed on the public docket, and the Office of Corporation Counsel has transmitted the detailed list of identified personnel to DOC under separate cover.

**IT IS FURTHER ORDERED** that any confidential information shared pursuant to this Order shall be used solely for the purpose of the Office of Corporation Counsel responding to the Court's *Valentin* Order dated September 25, 2024.

SO ORDERED.

Dated: March 24, 2025  
      Brooklyn, New York

\_\_\_/s/_____  
Hon. Lois Bloom  
United States Magistrate Judge