UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TONY HARRISON,

                Plaintiff,

  -against-

CORRECTIONAL OFFICER HODGE, *Shield # 11923*; CORRECTIONAL OFFICER STEWARD; DETECTIVE SANCHEZ, *71st Pct.*; DETECTIVE SGT. KENNEDY, and DETECTIVE MULLHALL,

                Defendants.
---------------------------------------------------------------X

**ORDER**
**96 CV 1465 (PKC)(LB)**

**BLOOM, United States Magistrate Judge:**

      The Corporation Counsel of the City of New York ("Corporation Counsel") requests a sixth extension of time to respond to the Court's September 25, 2024 Valentin Order to identify defendant Steward. ECF No. 91. Corporation Counsel did not state whether they secured plaintiff's consent for an extension of time. Id.[1]

      As this is an extremely old case, with records dating back to 1996, the request to extend the time is granted. Corporation Counsel shall inform the Court of what progress has been made to identify this officer at the April 29, 2025 conference.

SO ORDERED.

                                                                  /S/

                                                    LOIS BLOOM
                                                    United States Magistrate Judge

Dated: April 21, 2025
       Brooklyn, New York

---

[1] This is the fourth request defendants' counsel has made without attempting to contact plaintiff to obtain his consent. See ECF Nos. 55, 57, 72, 91. This is unacceptable. Defendants' counsel shall attempt to contact plaintiff before making any future request to the Court.