UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TONY HARRISON,

                Plaintiff,

   -against-

CORRECTIONAL OFFICER HODGE, *Shield # 11923*; CORRECTIONAL OFFICER STEWARD; DETECTIVE SANCHEZ, *71st Pct*.; DETECTIVE SGT. KENNEDY, and DETECTIVE MULLHALL,

                Defendants.
-------------------------------------------------------------X

**ORDER**
**96 CV 1465 (PKC)(LB)**

**BLOOM, United States Magistrate Judge:**

      Corporation Counsel reports that it has been unsuccessful in its attempts to contact C.O. Hodge. ECF No. 94. Corporation Counsel shall file a letter C.O. Hodge's address under seal by May 15, 2025.

      The Court commends Corporation Counsel for its efforts to identify C.O. "Steward." Corporation Counsel shall file a status letter by June 6, 2025, addressing the one remaining file relevant to identifying C.O. "Steward" and whether it has ascertained that one of the three potential C.O. "Steward" candidates is the defendant plaintiff is trying to identify.

SO ORDERED.

                                                  /S/
                                        LOIS BLOOM
                                        United States Magistrate Judge

Dated: May 14, 2025
         Brooklyn, New York