

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOSEPH ZANGRILLI**<br>*Senior Counsel*<br>Phone: (212) 356-2657<br>Fax: (212) 356-3509<br>jzangril@law.nyc.gov |

June 06, 2025

**BY FIRST CLASS MAIL**
Tony Harrison
97-A-1299
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

Re: Tony Harrison v. Correctional Officer Hodge et al.,
96-CV-1465 (PKC) (LB)

Dear Mr. Harrison:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to the defense of the above referenced matter. In accordance with the Honorable Pamela K. Chen's Individual Practices and Rules ("Rules"), enclosed please find Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), consisting of a Notice of Motion, Memorandum of Law in Support of Defendants' Motion to Dismiss, copies of unpublished cases cited in Defendants' Memorandum, and Local Civil Rule 12.1. In light of your *pro se* status, and in accordance with Judge Chen's Rules, on the day the Motion is fully briefed—that is, once your Opposition to Defendants' Motion is received and Defendants issue their Reply to you—Defendants will electronically file its moving papers and yours.

Sincerely,

*Joseph Zangrilli /s/*

Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation

Encl.

Cc: Honorable Pamela K. Chen, U.S.D.J. (*via ECF*)