UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
TONY HARRISON,

                Plaintiff,

-against-

NYC DEPT OF CORRECTIONS, ET AL.,

                Defendants.
----------------------------------------------------------- X

**ORDER**

96 CV 1465 (PKC) (SDE)

**EICHENHOLTZ**, United States Magistrate Judge:

    Order re: [101] Motion for Extension of Time to File Reply/Response. Plaintiff's request for an additional 30 days to serve his opposition to the motion to dismiss the second amended complaint is GRANTED. Plaintiff's opposition to Defendant's motion should be served on Defendants by September 2, 2025. Defendants shall serve their reply brief on Plaintiff and file the fully briefed motion by September 22, 2025.

    The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

    **SO ORDERED.**

Dated: Brooklyn, New York
       July 24, 2025

                                      /s/ Seth D. Eichenholtz
                                      SETH D. EICHENHOLTZ
                                      United States Magistrate Judge
                                      Eastern District of New York