UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TONY HARRISON,

                                          Plaintiff,

-against-

CORRECTIONAL OFFICER HODGE, Shield # 11923;
CORRECTIONAL OFFICER STEWARD; DETECTIVE
SANCHEZ, 71st Pct.; DETECTIVE SGT. KENNEDY, and
DETECTIVE MULLHALL,

                                          Defendants.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

96-CV-1465 (PKC) (SDE)

      **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for Detective Sergeant Kennedy, Detective Sanchez, and Detective Mullhall. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:     New York, New York
              July 28, 2025

                                            MURIEL GOODE-TRUFANT
                                            Corporation Counsel of the City of
                                              New York
                                            *Attorney for Defendants Kennedy, Sanchez,*
                                               *and Mulhall*
                                              100 Church Street,
                                              New York, New York 10007
                                              P: (212) 356-2657

                                  By:   *John McLaughlin /s/*
                                             John McLaughlin, Esq.
                                             *Assistant Corporation Counsel*

Cc: **<u>VIA FIRST CLASS MAIL</u>**
    Tony Harrison
    97-A-1299
    Sing Sing Correctional Facility
    354 Hunter Street
    Ossining, NY 10562
    *Plaintiff Pro Se*