UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

TONY HARRISON,

                Plaintiff,

                -against-

NYC DEPT OF CORRECTIONS, ET AL.,,

                Defendant.
------------------------------------------------------------ X

                           **ORDER**
                     96 CV 1465 (PKC) (SDE)

**EICHENHOLTZ**, United States Magistrate Judge:


        The Court has received Defendant's July 28, 2025 status report regarding efforts to identify Correction Officer Steward ECF No. [104].  The Court appreciates the City's efforts over the past ten months to identify this individual.  In the status letter, counsel for the City offers to "promptly provide additional details" regarding the results of their investigation.  [104 n. 2.]  The City shall supplement its July 28, 2025 status report letter with additional details about why the City concluded that none of the three individuals could be Officer Steward by August 18, 2025, including explaining which characteristics each candidate did and did not share with Officer Steward.

        The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

        **SO ORDERED.**

Dated: Brooklyn, New York
       August 6, 2025

                           /S/  SETH D. EICHENHOLTZ
                           SETH D. EICHENHOLTZ
                           United States Magistrate Judge
                           Eastern District of New York