UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------ x

TONY HARRISON,

                                  Plaintiff,

        -against-

CORRECTIONAL OFFICER HODGE, Shield # 11923;
CORRECTIONAL OFFICER STEWARD; DETECTIVE
SANCHEZ, 71st Pct.; DETECTIVE SGT. KENNEDY,
and DETECTIVE MULLHALL,

                                  Defendants.

------------------------------------------------ x

**NOTICE OF APPEARANCE**

96-CV-1465 (PKC) (SDE)

      **PLEASE TAKE NOTICE** that Michael Futral, Assistant Corporation Counsel, appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendants Detective Sergeant Kennedy, Detective Sanchez, and Detective Mullhall. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:      New York, New York
              August 15, 2025

                                        MURIEL GOODE-TRUFANT
                                        Corporation Counsel of the City of
                                            New York
                                        *Attorney for Defendants Kennedy, Sanchez,*
                                             *and Mulhall*
                                          100 Church Street
                                          New York, New York 10007
                                          P: (212) 356-1643

                                  By:   */s/ Michael Futral*

                                           Michael Futral, Esq.
                                           *Assistant Corporation Counsel*

Cc: **<u>VIA FIRST CLASS MAIL</u>**
     Tony Harrison
     97-A-1299
     Sing Sing Correctional Facility
     354 Hunter Street
     Ossining, NY 10562
     *Pro se plaintiff*