UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

TONY HARRISON,

                                             Plaintiff~

      -against-

CORRECTIONAL OFFICER HODGE,
CORRECTIONAL OFFICER STEWARD; DETECTIVE
SANCHEZ; DETECTIVE SGT. KENNEDY, and
DETECTIVE MULLHALL,

                                              Defendants.

---------------------------------------------------------------------------x

**NOTICE OF MOTION**

96 CV 1465 (PKC)(LB)

        **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated June 06, 2025, defendants Detective Sanchez, Detective Sgt. Kennedy, and Detective Mullhall will move before the Honorable Pamela K. Chen, United States District Judge, at the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Second Amended Complaint against Detective Sanchez, Detective Sgt. Kennedy, and Detective Mullhall for failure to state a claim upon which relief can be granted, together with such other and further relief as the Court may deem just and proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, are to be served by July 31, 2025; and

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, are to be served by August 18, 2025.

Dated:    New York, New York
            June 06, 2025

                            MURIEL GOODE-TRUFANT
                            Corporation Counsel of the City of New York
                            *Attorney for Defendants Detective Sanchez,*
                                *Detective Sgt. Kennedy, and Detective*
                                *Mulhall*
                            100 Church Street, Room
                            New York, New York 10007
                            (212) 356-2657

                    By:    *Joseph Zangrilli* /s/
                            Joseph Zangrilli
                            *Senior Counsel*
                            Special Federal Litigation Division

TO:    Tony Harrison (*First Class Mail*)
         97-A-1299
         Sing Sing Correctional Facility
         354 Hunter Street
         Ossining, NY 10562
         *Pro Se Plaintiff*