# EXHIBIT "A"

# Rapist targeting women in Cobble, and Boerum Hill

**By Rose Palazzolo**
*Brooklyn Paper Publications*

A rapist is targeting women as they leave subway stations in Boerum and Cobble Hill, following them home and forcing his way into their apartments where he rapes and sodomizes his victims, police said.

Two women have been assaulted in the past month, with the rapist attacking them as they were about to enter their homes not long after midnight.

Both of the victims where white women in their late 20s to early 30s, and they were both spotted leaving subway stations, police said. The pattern of the attacks was also similar.

The most recent victim was grabbed last weekend, Nov. 16, at about 1 am. The other was attacked on October 27. Both happened just after midnight within a couple blocks of the Hoyt-Schermerhorn station and the Bergen Street station, police said.

"The similarities are that both victims were coming from subway stations, and they were both attacked from behind as they entered their residences," said Capt. William Plackenmeyer, commander of the Brooklyn North Major Crime Section.

"The man says he has a gun, but it hasn't been seen," said Lt. Laurie Unick of the Special Victims Squad.

"It's late at night when the streets are dark and right after midnight."

In the first attack, a Boerum Hill woman left the Hoyt-Schermerhorn subway station from the Bond Street exit shortly after midnight. She was followed by a man described only as light-skinned black, 25 to 30 years old, 5-foot 9-inches and about 160 pounds.

The stalker told the woman he had a gun, and that he was going to take her VCR and TV. Once inside the apartment on Wyckoff Street between Bond and Nevins streets, he raped and sodomized the woman and then ransacked her apartment.

Police said that he didn't take anything, but stayed in the victim's apartment for an hour and a half after the assault.

The second woman was attacked early Saturday morning, Nov. 18, just outside the Bergen and Smith Street subway station. The 27-year-old Boerum Hill resident told police that she thought she was being followed as she exited the station at about 1 pm.

By the time she made it to her door, the man was behind her and forced his way into the building with her. He told her he had a gun and not to look at him.

He raped and sodomized her in a "violent attack," said Unick. She was treated and released from an area hospital. Police said the rapist tried to choke his victim, and left her with a severely bruised neck. In that attack he took $60, said Det. Claude Kellman.

"There are no photos and no sketch be-

> 'We're scared. You can hear it in our voices.'
> — Wendy Richard
> Boerum Hill resident

cause the victims don't feel strong enough to do a sketch yet," said Unick.

Plackenmeyer said that both attacks were particularly violent, with the first victim suffering a black eye. The rapist also lingered at that scene, spending more than half an hour after raping the woman.

The captain said that police are doing special surveillance outside the two subway stations.

The attacks had some people in the neighborhood wondering if the rapist could be the same man wanted for questioning in the Sylvia Lugo murder.

Lugo was shot to death in her Pacific Street apartment on July 5 after she and her roommate got home. Lugo's roommate told police that the two women were the victims of a push-in rapist and robber who sexually assaulted the roommate and killed Lugo.

Police said there did not appear to be a

See **RAPIST** on page 13

## Rapist...

*Continued from page 1*

link between the Lugo killing and the latest push-in attacks.

"This doesn't have anything to do with that attack," said Unick. "It's a completely different matter. That man in the sketch is definitely Hispanic — this man is definitely a light-skinned black man."

Lugo and her companion were reportedly followed from the Pacific Street station.

Police have told The Paper that more than one person is involved in the murder, and that the long investigation has raised questions of Lugo's companion's story.

Chief Raymond Abruzzi of the Brooklyn North Detectives said that her story did not coincide with case was of a Hispanic man, five foot five inches tall and about 150 pounds.

The new attacks have many Boerum Hill residents concerned.

"I moved from Cobble Hill to Boerum Hill this year and since I've moved I've been mugged three times," said Wendy Richard. "We're scared. You can hear it in our voices."

Unick advised women to take common sense precautions.

"Avoid walking home alone at night," she said. "Walk closer to the curb instead of by the bushes. Wear comfortable shoes."

Sgt. Nancy Pagan of the 84th

# B'klyn sex abuse suspect hunted

August 18, 1996
Sunday
Daily News

Brooklyn detectives were searching yesterday for a man believed responsible for a series of sexual attacks on women exiting subway stations in Bensonhurst.

The Brooklyn special victims squad is investigating a series of five attacks, one a rape and the others involving sexual abuse, between July 18 and Aug. 10, authorities said.

The victims, aged 15 through 41, were leaving stations on the N and B lines when the attacks occurred, police said.

Detectives released a sketch of the suspect, who was described as a black or Hispanic man, 25 to 30 years old, from 5-feet-10 to 6 feet tall, weighing 180 to 200 pounds, with short dark hair and a goatee.

In two of the incidents, he was wearing white sneakers and carrying a black knapsack, police said.

Persons with information on the suspect's identity were asked to call the special victims squad at (718) 735-0518 or (800)-577-TIPS. All calls will be kept strictly confidential, police said.

Don Singleton



POLICE SKETCH of suspect.

## OBITUARIES

**MANOLO MARTINEZ**
MEXICO CITY — Manolo Martinez, 50, one of the greatest Mexican matadors of all time, died Friday in La Jolla, Calif.

Martinez ruled the bullring in the 1960s and '70s.

**ERIC CULLEN**
GLASGOW — Eric Cullen, 31, the 4-foot-4 actor whose TV career was ruined by convictions for indecency with children, died Friday after complications following surgery related to dwarfism.

His arrest in 1993 and conviction in 1995 ended his role in "Rab C Nesbitt," a BBC comedy.

The Associated Press

## DEATH NOTICES

NARDI—Maurice A. Loving husband of Sophie. Dear father of Marty. Cherished grandfather of Valkyrie Jowell. Devoted brother of Andrew, Frances Rosenblum, Madeline Bruno, Julie Oliver & Kordich. Reposing at PARK HOME, 72...

TUOZZO—Joseph. On 8/17/96. Of Roslyn, formerly Brooklyn, NY. Beloved husband of Maria. Dear father of John, Joseph, Frank & Michelle. Brother of Vera Pellegrino & Felicia Tuozzo. In repose at THE FAIRCHILD FUNERAL CHAPEL, 1570 Northern Blvd., Manhasset Sun. 3-5 & 7-9. Funeral mass Mon. 9:45 A.M. Church, Oyster...

## Serial Rapist Feared In Brooklyn Attacks

The recent rapes of two women as they emerged from subway stations in Brooklyn after midnight have been linked by the police department, raising fears of a serial rapist.

The police said the first rape occurred at 12:15 A.M. on Oct. 27, when a 31-year-old woman emerged from the Hoyt-Schermerhorn station in downtown Brooklyn. At Schermerhorn and Bond streets, she was struck from behind and fell to the ground, then was forced to her apartment, where the attacker raped and robbed her.

The second attack occurred at 1 A.M. Saturday, after a 27-year-old woman left the Bergen Street station, at Smith Street in Cobble Hill, six blocks from the Hoyt-Schermerhorn station. Again, the woman was forced to go to her apartment, where she was raped.

"In both instances," a police statement said, "the assailant said he had a gun and he dimmed or turned off the lights in the victim's apartment."

From - NEW YORK TIMES -
NOVEMBER 23, 1995
NOVEMBER 24

*NOVEMBER 23 OR 24 1995*

26 ★★                                         NEW YO

## B'klyn cops hunt subway-stop rapist

Police are hunting for a rapist who has twice attacked women leaving Brooklyn subway stations in the early morning hours.

In both cases, the victims were forced to their apartments, where they were raped.

In an Oct. 27 attack, a 31-year-old woman was hit from behind and knocked to the ground as she left the station at Schermerhorn and Bond streets in Boerum Hill.

Last Saturday, a 27-year-old woman was accosted as she left the station at Bergen and Smith streets nearby.

Police described the man as black or Hispanic, 25 to 30 years old, 5-foot-9, 160 pounds with short black hair.

Anyone with information should call 1-800-577-TIPS.

— Rocco Parascandola

New York Post ↗

These Articles PROVES
THAT POLICE ARE misleading THE
Public..

# Rapist sought in B'klyn attacks

July 3, 1996
Daily News

**By STEPHEN McFARLAND**
Daily News Staff Writer

Brooklyn detectives are looking for a man believed to be responsible for a series of attacks on women in Flatbush and Crown Heights, police said yesterday.

The first attack occurred June 14. The assailant broke into the victim's home near Bedford Ave. and Hawthorne St. in Flatbush about 11:30 p.m., police said.

He put a knife to the woman's throat and covered her face with a pillow, then ordered her to remove her clothes and raped and sodomized her, police said.

Three days later, a man fitting the same description followed a woman into her building near Clarkson and Bedford Aves. in Flatbush about noon. The assailant ordered the woman to remove her pants and grabbed her in a chokehold. The victim collapsed, and the man fled, police said.

Thursday at 2 a.m., a man believed to be the same assailant entered an apartment near President St. and Utica Ave. in Crown Heights and forced a woman from her bedroom to a bathroom at knifepoint.

He told her to take off her pants, but her family was awakened by the disturbance and the intruder fled, police said.

About 15 minutes later, a woman was approached near Empire Blvd. and Schenectady Ave. and followed to the vestibule of her building by a man who tried to go inside with her.

He held an object to her neck and sexually abused her, police said, but the attack was interrupted by a passerby and the assailant escaped.

He was described as a medium to dark-complexioned black man with a short beard, 21 to 30 years old, 5-foot-9 to 6-foot, 140 to 170 lbs.

He has worn black pants and a blue T-shirt in three of the attacks. He has also worn a Nike baseball cap, a black jacket and a mask, police said.

Anyone with information on the attacks is asked to call the Brooklyn Special Victims Squad at (718) 735-0518 or (800) 577-TIPS. All calls will be kept confidential.