# EXHIBIT "B"

# MONTEFIORE MEDICAL CENTER
## RIKERS ISLAND HEALTH SERVICES
### REQUEST FOR X-RAY

**X-RAY #:**

**EXAMINATION REQUESTED:** (R) ARM

**EXAMINATION:**
- [ ] GI Series
- [ ] Barium Enema
- [ ] I.V. Pyelogram
- [ ] Chest Routine
- [ ] Abdomen
- [ ] Skull

**FACILITY:** C95

**HOUSING AREA:**

**NAME:** HARRISON, TONI

**I.D. #:** 1419520435

**D.O.B.:** S24153-Q

Q.W.

DOB 6-14-69

**HISTORY AND CLINICAL INFORMATION:**
PT CLAIMS:—
" FOREIGN BODY —
— BE PHLEBOTOMY NEEDLE
IN (R) ARM "

**HISTORY OF ALLERGIES:** R/O FOREIGN BODY

**Ordered By:**
**Approved By:** M.D.
**Request Date:** 3/18/95
**Date Approved:**

**Age:** **Sex:**

**Previous X-Ray:** [ ] Yes [ ] No
**Females: Pregnant:** [ ] Yes [ ] No  If Yes: Date of last period

**FILM USED:** 14x17 | 14x14 | 11x14 | 10x12 | 8x10
**Signed:**
**Date:**

**TIME IN:**

**TIME OUT:**

---

DO NOT WRITE BELOW THIS LINE - FOR RADIOLOGY USE ONLY

**REPORT**

F/S

Needle overlies
the soft tissue of distal
radius

3-00-66

**Date**    **Radiologist M.D.**

**X-RAY REPORT**