# **CERTIFICATE OF SERVICE**

TONY HARRISON, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury as follows:

On JULY 31, 2025, 2019, Plaintiff served a true copy of his AFFIRMATION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

upon:

MURIEL GOODE-TRUFANT
CORPORATION COUNSEL
THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 1007

CHAMBERS OF:
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, N.Y. 11201

by depositing a true and correct copy thereof, properly enclosed in a pre-paid wrapper, in a post-office box regularly maintained by the Department of Corrections and Community Supervision mail-box located at Sing Sing Correctional Facility, 354 Hunter Street, Ossining, New York 10562 within the State designated for that purpose.

*/s/ Tony Harrison*

PLAINTIFF TONY HARRISON
SING SING CORRECTIONAL FACILITY
354 HUNTER STREET
OSSINING, N.Y. 10562

Executed on JULY 31, 2025,

I.