## DECLARATION OF SERVICE BY MAIL

      I, John McLaughlin, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on February 26, 2026, I served the following:

- REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE SETH D. EICHENHOLTZ DATED FEBRUARY 12, 2026 (ECF NO. 113);
- DEFENDANTS' OBJECTIONS TO THE REPORT AND RECOMMENDATION (ECF NO. 114);
- ALL UNPUBLISHED AUTHORITIES CITED THEREIN AS REQUIRED BY LOCAL RULE 7.2

upon Tony Harrison, the plaintiff in the matter, <u>Tony Harrison v. Detective Sanchez, et al.</u>, 96-CV-1465 (PKC)(SDE) by placing copies of same, enclosed in properly addressed envelopes designated for overnight mail and certified mail, in the designated outgoing mail collection at 100 Church Street for processing, postage application, and delivery to the United States Postal Service, within the State of New York, directed to Plaintiff in the address listed below, that being the address designated by Plaintiff for that purpose:

                        Tony Harrison
                        97-A-1299
                        Sing Sing Correctional Facility
                        354 Hunter Street
                        Ossining, NY 10562

| | |
|---|---|
| Certified Mail Tracking Number: | 9589 0710 5270 2730 7860 53 |
| UPS Next Day Air Tracking Number: | 1Z80A03X0195905128 |

Dated:    New York, NY
             February 26, 2026

                                                Respectfully submitted,

                                                *John McLaughlin* /s/
                                                John McLaughlin
                                                *Assistant Corporation Counsel*
                                                Special Federal Litigation Division