UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TONY HARRISON,

                  Plaintiff,

        -against-

DETECTIVE SANCHEZ, DETECTIVE SGT. KENNEDY, DETECTIVE MULHALL, CORRECTIONAL OFFICER, HODGE, CORRECTIONAL OFFICER, STEWARD, ET. AL. [sic],

                  Defendant.
------------------------------------------------------------ X

**ORDER**
96-CV-1465 (PKC)(SDE)

**EICHENHOLTZ**, United States Magistrate Judge:

A telephone status conference will be held on **April 24, 2026 at 10:30 AM** before Magistrate Judge Eichenholtz.  The conference will proceed via CISCO conference call.  To access this conference, the parties are directed to call the number 571-353-2301, enter the call ID number 701-268-003, and then press #.

The Warden or other appropriate official in charge at Sing Sing Correctional Facility, or the facility where Plaintiff is currently housed, is directed to ensure that Tony Harrison, Reg. No. 97-A-1299 is on the call and to call into the conference five minutes prior to the start of the conference using the call in information above.  By **April 10, 2026**, Defendants' counsel shall mail a copy of this Order to the Warden or other appropriate official in charge at the appropriate facility and file proof of service.  If Defendants' counsel is aware of an e-mail address for service of these orders, counsel is also directed to send this Order to that email address. By **April 20, 2026**, Defendants' counsel is directed to confirm with the appropriate official at the appropriate facility that Plaintiff will be produced for the conference.

Defendants' counsel shall also serve Plaintiff with a copy of this Order and file proof of

1

service by **April 10, 2026**.


       **SO ORDERED.**

Dated:  Brooklyn, New York
       April 8, 2026

                          /S/ *SETH D. EICHENHOLTZ*
                          SETH D. EICHENHOLTZ
                          United States Magistrate Judge
                          Eastern District of New York