UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
TONY HARRISON,

                              Plaintiff,

                  -against-

DETECTIVE SANCHEZ, DETECTIVE SGT.
KENNEDY, DETECTIVE MULHALL,
CORRECTIONAL OFFICER, HODGE,
CORRECTIONAL OFFICER, STEWARD,
ET. AL. [sic],

                              Defendant.
--------------------------------------------------------------- X

**MINUTE ENTRY**
96-CV-1465 (PKC)(SDE)

**EICHENHOLTZ**, United States Magistrate Judge:

Status Conference proceeding held before Magistrate Judge Eichenholtz on April 24, 2026. Appearance for Plaintiff: Tony Harrison, *pro se*. Appearance for Defendants: Joseph P. Zangrilli \ Michael Futral. Status conference held. The parties are directed to exchange initial interrogatories and requests for production of documents. By **July 24, 2026**, the parties shall exchange these initial requests and responses.

Defendants' counsel is respectfully directed to continue its efforts to identify "C.O. Steward" as discussed on the record and provide a letter updating the Court on the progress of the search on or before **May 26, 2026**.

1

The parties are strongly encouraged to discuss settlement.  A status conference will be scheduled in a separate order to follow.

**SO ORDERED.**

Dated: Brooklyn, New York
      April 24, 2026

/S/  *SETH D. EICHENHOLTZ*
SETH D. EICHENHOLTZ
United States Magistrate Judge
Eastern District of New York