**CERTIFICATE OF SERVICE BY MAIL**

I, Michael Futral, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on April 27, 2026, I served the annexed:

- APRIL 24, 2026 MINUTE ENTRY and SCHEDULING ORDER (ECF Nos. 119, 120)

upon Tony Harrison, the plaintiff in the matter, *Harrison v. Detective Sanchez et al.*, 96-CV-1465 (PKC)(SDE) by  mailing by first class mail a  copy  of  same,  enclosed  in  a  postpaid,  properly addressed envelope to the addresses listed below:

Tony Harrison (*First Class Mail*)
97-A-1299
SING SING CORRECTIONAL FACILITY
354 Hunter Street
Ossining, NY 10562

Dated:  New York, New York
        April 27, 2026

                                        Respectfully submitted,

                                        *Michael Futral*

                                        Michael Futral
                                        *Assistant Corporation Counsel*
                                        Special Federal Litigation Division