**CERTIFICATE OF SERVICE BY MAIL**

I, Michael Futral, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on April 30, 2026, I served the following:

- April 24, 2026 Court Order (ECF No. 120) scheduling a telephonic conference to take place on July 24, 2026, at 10:30 AM

upon Sing Sing Correctional Facility Superintendent Marilyn Kopp and Plaintiff's counselor C. Salazar, by first-class mail, enclosed in a postpaid, properly addressed envelope, and via email to Sing Sing's Legal Call Requests Department to the addresses listed below:

Marilyn Kopp
Sing Sing Correctional Facility
Superintendent's Office
354 Hunter Street
Ossining, NY 10562

C. Salazar
Sing Sing Correctional Facility
Guidance Department
354 Hunter Street
Ossining, NY 10562

SingSingLegalCallRequests@doccs.ny.gov

Dated:  New York, New York
April 30, 2026

Respectfully submitted,

*Michael Futral*

Michael Futral
*Assistant Corporation Counsel*
Special Federal Litigation Division