

**THE CITY OF NEW YORK**

**STEVEN BANKS**
*Corporation Counsel*

# LAW DEPARTMENT
100 Church Street
NEW YORK, NY 10007

**MICHAEL FUTRAL**
Phone: (212) 356-1643
Fax: (212) 356-3509
mifutral@law.nyc.gov
*Assistant Corporation Counsel*

May 26, 2026

**BY ECF**
Honorable Seth D. Eichenholtz
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Tony Harrison v. Correctional Officer Hodge, et al.,
96-CV-1465 (PKC) (SDE)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing Detectives Sanchez, Kennedy, and Mullhall ("Defendants") in the above-referenced matter. I write pursuant to Your Honor's April 24, 2026, Order directing Defendants to provide a letter updating the Court on their progress in identifying Correction Officer "Steward." (*See* ECF No. 119.)

This matter arises from events alleged to have occurred on February 15, 1996. On September 25, 2024, pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), the Court directed Corporation Counsel to provide current service addresses for all named officer defendants. (ECF No. 54.) The Court has granted multiple extensions (ECF Nos. 56, 58, 73, 79, 92) in recognition of the extraordinary challenges posed by the nearly 30-year passage of time. On April 24, 2026, the Court held a status conference, during which the Court directed Defendants to continue their efforts to identify C.O. "Steward" by exploring whether the relevant entities possess additional documentation that would aid Defendants' search, such as plaintiff's trial court transcript and Kings County Hospital records.

Earlier this month, Defendants initiated the process of requesting the full transcript of plaintiff's January 1997 criminal trial. However, as of this writing, it remains unclear how long it will take the New York State Supreme Court to identify, produce, and provide Defendants with copies of the transcript. Defendants also sent plaintiff a fourth medical release for him to execute and are awaiting its return. It is Defendants' hope that plaintiff's executed medical release will enable Defendants to obtain documentation of the February 15, 1996, blood draw that lists C.O. "Steward's" full name or other identifying information.

Defendants anticipate being in a position to provide the Court with a more definitive update at the next status conference, currently scheduled for July 24, 2026, at 10:30 a.m.

Defendants thank the Court for its time and consideration.

By:   _Michael Futral_ /s/

Michael Futral, Esq.
*Assistant Corporation Counsel*
Special Federal Litigation

Cc:   **VIA FIRST CLASS MAIL**
Tony Harrison
97-A-1299
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562
*Plaintiff Pro Se*