UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
TONY HARRISON,

               Plaintiff,

-against-

DETECTIVE SANCHEZ, DETECTIVE SGT.
KENNEDY, DETECTIVE MULHALL,
CORRECTIONAL OFFICER, HODGE,
CORRECTIONAL OFFICER, STEWARD,
ET. AL. [sic],

               Defendant.
--------------------------------------------------------- X

**STATUS REPORT ORDER**
96-CV-1465 (PKC)(SDE)

**EICHENHOLTZ**, United States Magistrate Judge:

The parties shall file a joint status letter by **June 26, 2026**.   Defendants shall serve

Plaintiff with a copy of this Order and file proof of service by **May 29, 2026**.

     **SO ORDERED.**

Dated: Brooklyn, New York
       May 27, 2026

              /S/ *SETH D. EICHENHOLTZ*
              SETH D. EICHENHOLTZ
              United States Magistrate Judge
              Eastern District of New York