**DECLARATION OF SERVICE BY MAIL**

I, Joseph Zangrilli, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on May 29, 2026, I served:

- THE COURT STATUS REPORT ORDER DATED MAY 27, 2026 (ECF 124)

upon the following individual by mailing by first class mail the correspondence to Plaintiff at the address set forth below:

Tony Harrison (*first class mail*)
97-A-1299
SING SING CORRECTIONAL FACILITY
354 Hunter Street
Ossining, NY 10562

Dated:

New York, New York
May 29, 2026

Respectfully submitted,

_Joseph Zangrilli_ /s/
Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation Division