

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 Church Street
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**MICHAEL FUTRAL**
Phone: (212) 356-1643
Fax: (212) 356-3509
mifutral@law.nyc.gov
*Assistant Corporation Counsel*

June 23, 2026

**BY ECF**
Honorable Seth D. Eichenholtz
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Tony Harrison v. Correctional Officer Hodge, et al.</u>,
             96-CV-1465 (PKC) (SDE)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing Detectives Sanchez, Kennedy, and Mullhall ("Defendants") in the above-referenced matter. The parties write to provide the Court with a status update pursuant to Your Honor's May 27, 2026, Order. (*See* Dkt. No. 124.)

      By way of background, this matter arises from events alleged to have occurred on February 15, 1996. On April 24, 2026, the Court held a status conference, during which Defendants were directed to continue their efforts to identify C.O. "Steward" by exploring whether Plaintiff's trial court transcript and Kings County Hospital records would aid Defendants' search. On May 26, 2026, Defendants apprised the Court that they were awaiting the return of the fourth medical release that they sent to Plaintiff for him to execute and that they had requested the full transcript of Plaintiff's criminal trial, but were uncertain as to how long it would take the New York State Supreme Court to identify, produce, and provide Defendants with copies. (*See* Dkt. No. 123.) In response, on May 27, 2026, the Court ordered the parties to file a joint status letter.

      On June 15, 2026, the parties conferred. During their conversation, Plaintiff informed the undersigned that he had received Defendants' fourth medical release, completed it, and mailed it to the undersigned that same day. Although the release has not yet been received as of this writing, the undersigned anticipates receiving Plaintiff's executed medical release by the end of June.

      As to the trial court transcript, a representative from the New York State Supreme Court advised the undersigned on June 5, 2026, that, in order for the transcript to be prepared, the stenographic notes had to be ordered from storage and that completion of the transcript is estimated to "take a few months."

The parties thank the Court for its time and consideration.

By:   /s/ *Michael Futral*

Michael Futral, Esq.
*Assistant Corporation Counsel*
Special Federal Litigation

Cc:   **<u>VIA FIRST CLASS MAIL</u>**
Tony Harrison
97-A-1299
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562
*Plaintiff Pro Se*