**CERTIFICATE OF SERVICE**

I, Michael Futral, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on June 25, 2026, I provided the following, via email, to a Senior Court Reporter at the King County, New York Supreme Court:

- JUNE 24, 2026 COURT ORDER (DKT. NO. 127)
- CONFERENCE CALL INFORMATION FOR THE JULY 24, 2026 TELEPHONE STATUS CONFERENCE (DKT. NO. 120)

Dated:  New York, New York
        June 25, 2026

Respectfully submitted,

/s/ *Michael Futral*

_____

Michael Futral
*Assistant Corporation Counsel*
Special Federal Litigation Division