UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
TONY HARRISON,

                              Plaintiff,

                                                    **MINUTE ENTRY**
            -against-                               96-CV-1465 (PKC)(SDE)

DETECTIVE SANCHEZ, DETECTIVE SGT.
KENNEDY,    DETECTIVE    MULHALL,
CORRECTIONAL    OFFICER,    HODGE,
CORRECTIONAL   OFFICER,   STEWARD,
ET. AL. [sic],

                              Defendant.
------------------------------------------------------------- X
**SETH D. EICHENHOLTZ**, United States Magistrate Judge:


        Minute Entry for a Telephone Conference held before Magistrate Judge Eichenholtz on

July 24, 2026.  Appearance for Plaintiff:  Tony Harrison *pro se.*  Appearance for Defendant:

Michael Futral.

        Status conference held.  Counsel for Defendants reports that the relevant criminal trial

transcript requested by the parties will be available by September 1, 2026.  Plaintiff indicates that,

just over one week ago, he sent discovery requests and responses to counsel for Defendants, but

Defendants have not yet received these documents.  If they do not receive the documents by

**August 7, 2026**, counsel for Defendants shall write to Plaintiff and ask him to send a second set

of these materials.

1

The Court will schedule the next telephone conference in a separate order.


**SO ORDERED.**

Dated: Brooklyn, New York
July 24, 2026

/S/ *SETH D. EICHENHOLTZ*

SETH D. EICHENHOLTZ
United States Magistrate Judge
Eastern District of New York