**CERTIFICATE OF SERVICE BY MAIL**

I, Michael Futral, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on August 3, 2026, I served the following:

- July 24, 2026, Court Order (ECF No. 130) scheduling a telephonic conference to take place on September 18, 2026, at 10:30 AM

upon plaintiff, Tony Harrison, Sing Sing Correctional Facility Superintendent Marilyn Kopp, and plaintiff's counselor, C. Salazar, by first-class mail, enclosed in a postpaid, properly addressed envelope, and via email to Sing Sing's Legal Call Requests Department to the addresses listed below:

Tony Harrison
97-A-1299
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

Marilyn Kopp
Sing Sing Correctional Facility
Superintendent's Office
354 Hunter Street
Ossining, NY 10562

C. Salazar
Sing Sing Correctional Facility
Guidance Department
354 Hunter Street
Ossining, NY 10562

SingSingLegalCallRequests@doccs.ny.gov

Dated:  New York, New York
August 3, 2026

Respectfully submitted,

/s/ **Michael Futral**

Michael Futral
*Assistant Corporation Counsel*
Special Federal Litigation Division