UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
TONY HARRISON,

Plaintiff,

-against-

DETECTIVE SANCHEZ, DETECTIVE SGT. KENNEDY, DETECTIVE MULHALL, CORRECTIONAL OFFICER, HODGE, CORRECTIONAL OFFICER, STEWARD, ET. AL. [sic],

Defendant.
---------------------------------------------------------- X

**MINUTE ENTRY**
96-CV-1465 (PKC)(SDE)

**SETH D. EICHENHOLTZ**, United States Magistrate Judge:

Status conference held. Parties are directed to continue to discuss discovery disputes. Defendants shall provide Plaintiff with a copy of the state court criminal trial transcript by **October 9, 2026** and file a letter on the docket sheet certifying they have done so. If Plaintiff does not receive the transcript by October 30, 2026, he should write to the Court. Then, by **November 20, 2026**, Plaintiff shall send a letter to the Court listing any outstanding issues, including additional information to which he believes he is entitled, so that the Court may address the issues during the next conference.

The Court will schedule a conference for December 4, 2026 in a separate order to follow.

**SO ORDERED.**

Dated: Brooklyn, New York
September 18, 2026

/S/ *SETH D. EICHENHOLTZ*
SETH D. EICHENHOLTZ
United States Magistrate Judge
Eastern District of New York