UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
TONY HARRISON,

Plaintiff,

-against-

DETECTIVE SANCHEZ, DETECTIVE SGT. KENNEDY, DETECTIVE MULHALL, CORRECTIONAL OFFICER, HODGE, CORRECTIONAL OFFICER, STEWARD, ET. AL. [sic],

Defendant.
---------------------------------------------------------- X

**SCHEDULING ORDER**
96-CV-1465 (PKC)(SDE)

**SETH D. EICHENHOLTZ**, United States Magistrate Judge:

A telephone status conference will be held on **December 4, 2026 at 12:00 PM** before Magistrate Judge Eichenholtz. The conference will proceed via CISCO conference call. To access this conference, the parties are directed to call the number 571-353-2301, enter the call ID number 701-268-003, and then press #.

The Warden or other appropriate official in charge at Sing Sing Correctional Facility, or the facility where Plaintiff is currently housed, is directed to ensure that Tony Harrison, Reg. No. 97-A-1299 is on the call and to call into the conference five minutes prior to the start of the conference using the call in information above. By **September 25, 2026**, Defendants' counsel shall mail a copy of this Order to the Warden or other appropriate official in charge at the appropriate facility and file proof of service. If Defendants' counsel is aware of an e-mail address for service of these orders, counsel is also directed to send this Order to that email address. By **December 2, 2026**, Defendants' counsel is directed to confirm with the appropriate official at the appropriate facility that Plaintiff will be produced for the conference.

The Court advises the relevant official(s) at the Sing Sing Correctional Facility that, between now and this conference, Mr. Harrison will be litigating this civil matter without an attorney, and the Court will expect him to adhere to relevant deadlines. As such, the Court respectfully requests that he be permitted library access, within the relevant official's discretion and consistent with relevant policies, so that he can work on this case.

Defendants' counsel is respectfully requested to serve a copy of this Order on Plaintiff by **September 25, 2026** and file a declaration of service on the docket sheet.

**SO ORDERED.**

Dated: Brooklyn, New York
September 18, 2026

/S/ *SETH D. EICHENHOLTZ*
SETH D. EICHENHOLTZ
United States Magistrate Judge
Eastern District of New York