PLAINTIFF: TONY HARRISON #97-A-1299
SING SING CORRECTIONAL FACILITY
354 HUNTER STREET
OSSINING, N.Y. 10562
SEPTEMBER 10, 2026

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 21 2026 ★
BROOKLYN OFFICE

HONORABLE PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE
UNITED STATES EASTERN DISTRICT COURT
225 CADMAN PLAZA EAST
BROOKLYN, N.Y. 11201

RE: HARRISON V. SANCHEZ, #96-CV-1465 (PKC),(SDE)

TO: THE HONORABLE PAMELA K. CHEN:

PLEASE TAKE NOTICE, that Plaintiff is writing this letter to address the disputed matters of discovery request; that defendant's counsel are objecting too; and defendant's counsel also responded that some specific documents will be turned over within thirty(30) days.

HOWEVER, the time/line has expired without disclosure of such relevant material documents for plaintiff's preparation for trial. FURTHERMORE, it is quite ironic how defendant's counsel documents and names during the excessive force during forced blood drawn is being objected too; when defendant's counsel is stating, "THAT SIX(6) CORRECTIONAL OFFICERS WAS INVOLVED;" when plaintiff only named two(2) correctional officers. such as: DEFENDANTS HODGE AND STEWARD.

Now these four(4) extra correctional officers has to be named or identified; because they are potential witnesses for plaintiff's trial or potential supplemental defendants, that can be potentially added to plaintiff's current civil action lawsuit; and finally as plaintiff understands, there is a sheduled conference call this ~~wek~~ month of September 18, 2026, and plaintiff intends to address the same matter before the court with all available parties--in attendance.

Thank you for your time and future considerations is this matter of discovery dispute between parties....

RESPECTFULLY SUBMITTED,
[signature] X
PLAINTIFF TONY HARRISON
PRO-SE

CC/FILE:

REC'D IN PRO SE OFFICE
SEP 22 '26 AM10:10

SING SING CORRECTIONAL FACILITY
354 HUNTER STREET
OSSINING,NEW YORK 10562

NAME: TONY HARRISON DIN: 97-A-1299

WESTCHESTER NY 105
SING SING
15 SEP 2026 PM 3 L
Correctional Facility

quadient
09/15/2026
US POSTAGE $0
1776 ★ 2026
USA FOREVER
ZIP 10562
041M11470503

SETH D. EICHENHOLTZ
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK
~~UNITED STATES DISTRICT COURT~~
225 CADMAN PLAZA EAST
BROOKLYN, N.Y. 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 21 2026 ★
BROOKLYN OFFICE

SWS
LEGAL MAIL

11201$1832 C030

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: [illegible]Y HARRISON DIN: 97-A-1299

-LEGAL MAIL-

Printed On Recycled Paper